**PMI PHOTOMAGIC, LTD., Plaintiff–Appellant,**

v.

**FOTO FANTASY, INC. (doing business as Fantasy Entertainment, Inc.) and American Photo Booths, Inc., Defendants–Cross Appellants.**

No. 04–1362, 04–1363.

United States Court of Appeals, Federal Circuit.

March 8, 2005.

Rehearing En Banc Denied April 14 ,2005.

Before LOURIE, CLEVENGER, and PROST, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.